E-filing

1  Eric D. Houser (SBN 130079)
   Jeffrey S. Allison (SBN 173620)
2  J. Owen Campbell (SBN 229976)
   HOUSER & ALLISON
3  A Professional Corporation
   9970 Research Drive
4  Irvine, California 92618
   Telephone: (949) 679-1111
5  Facsimile: (949) 679-1112
   sclere@houser-law.com
6
   Attorneys for Defendant,
7  BARCLAYS CAPITAL REAL ESTATE, INC.
   dba HOMEQ SERVICING,
8  erroneously sued herein as HOMEQ SERVICING INC.
9



10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                     OAKLAND DIVISION
13
   JOHN ALLEN, LAWRENCE         )  Case No.: C08-01698
14 HOLLIDAY,                    )
                                )  NOTICE OF REMOVAL OF
15              Plaintiffs,     )  ACTION BASED UPON FEDERAL
                                )  QUESTION
16 v.                           )
                                )  [28 U.S.C. § 1441(a)]
17                              )
   HOMEQ SERVICING INC.,        )
18                              )
                Defendants.     )        FAXED
19 _____)
20
21         TO THE CLERK OF THE ABOVE-ENTITLED COURT:
22
23         PLEASE TAKE NOTICE that Defendant BARCLAYS CAPITAL REAL
24 ESTATE, INC. dba HOMEQ SERVICING, erroneously sued herein as HOMEQ
25 SERVICING INC.
26
27
28

---
NOTICE OF REMOVAL
1
I:\CIVIL\HOMEQ\Allen (43730)\pldgs\notice removal.doc

("Homeq"), hereby removes to this Court the above-captioned action described further below:

1.   A complaint was filed in the Alameda County Superior Court on or about February 28, 2008, entitled <u>John Allen, et al. v. Homeq Servicing, Inc.</u>, Case No. RG08373829 (the "State Court Action"). A copy of the summons complaint in the State Court Action is attached hereto as **Exhibit "A."**

2.   Homeq was served and/or received the summons and complaint on or after February 28, 2008.

3.   Homeq removes this case within 30 days of service, and within one year from the filing of the complaint.

4.   Homeq is the only named defendant in this case. Accordingly, this removal is submitted without joinder by any other defendant.

5.   This action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441 because substantial federal questions are alleged and presented in the complaint, and thus jurisdiction exists as conferred by 28 U.S.C. § 1331. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. § 1367.

6.   Plaintiffs' complaint is based upon and alleges violations of Federal Acts, as follows: violation of the Fair Credit Billing Act, 15 U.S.C. § 1666(a)(B)(ii), 12 CFR § 226.13. Plaintiff's right to relief, if any, under the Fair

Credit Billing Act depends upon the resolution of substantial questions of Federal Law and confers federal jurisdiction.

7. Accordingly, this action is properly removed to this Court pursuant to 28 U.S.C. § 1441(a) regardless of any diversity of citizenship or amount in controversy.

DATED: March 28, 2008

HOUSER & ALLISON
A Professional Corporation

By: _____
Eric D. Houser
Jeffrey S. Allison
J. Owen Campbell
Attorneys for Defendant
BARCLAYS CAPITAL REAL ESTATE, INC.
dba HOMEQ SERVICING,
erroneously sued herein as HOMEQ SERVICING INC.

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
HomeEq Servicing Inc., Does 1 to 50



FILED ALAMEDA COUNTY
FEB 28 2008
CLERK OF SUPERIOR COURT
BY Alphonsine Oses
DEPUTY

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
John Allen, Lawrence Holliday

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* Alameda County Superior Court<br>1225 Fallon Street<br>Oakland, CA 94612 | CASE NUMBER: *(Número del Caso):* RG08373829 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Shawn Ridgell
Ridgell & Lawlor LLP
2128 Broadway
Oakland, CA 94612
(510) 986-1300

DATE: FEB 28 2008    PAT S. SWEETEN    Clerk, by Alphonsine Oses, Deputy
*(Fecha)*                                *(Secretario)*                    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:
   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
Martin Dean's Essential Forms ™

SUMMONS

EXHIBIT "A"

Code of Civil Procedure §§ 412.20, 465

ALLEN - R&L-38

```
1  Shawn Ridgell (State Bar No. 201179)
   RIDGELL & LAWLOR LLP
2  2128 Broadway
   Oakland, Ca 94612
3  (510) 986-1300

4  Attorneys for Plaintiffs JOHN ALLEN & LAWRENCE HOLLIDAY
```

SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

(Unlimited Jurisdiction)

| | |
|---|---|
| JOHN ALLEN, LAWRENCE HOLLIDAY<br><br>Plaintiffs,<br><br>v.<br><br>HOMEQ SERVICING INC.,<br>DOES 1 TO 50,<br><br>Defendant. | ACTION NO: RG08373829<br><br>COMPLAINT FOR DAMAGES FOR NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE & VIOLATION OF THE FAIR CREDIT BILLING ACT<br>[15 U.S.C. §1666(a)(B)(ii), 12 CFR §226.13] |

Plaintiffs John Allen and Lawrence Holliday ("Plaintiffs") allege:

1. Plaintiffs, are, and at all times herein mentioned were, residents of Alameda County, California.

2. Defendant HomEq Servicing Inc. is, and at all times herein mentioned, was, a corporation located in Sacramento, California, and organized and existing under the laws of the State of California as a real estate loan company.

3. Plaintiffs are ignorant of the true names and capacities of defendants sued herein as DOES 1 TO 50, inclusive, and therefore sues these defendants by these fictitious names. Plaintiffs will amend this complaint to allege their true names and capacities when ascertained. Plaintiffs are informed and believe and thereon alleges that each of

EXHIBIT "A"

1. the fictitiously named defendants is responsible in some manner for the occurrences alleged in this complaint, and that plaintiffs' damages as alleged were proximately caused by such defendants.

4. In committing the acts alleged in this complaint, each defendant was the agent, and employee of each other defendant and was acting within the scope of that agency and capacity. The conduct of each defendant was ratified by each co-defendant.

5. On or about February, 2007, Plaintiffs attempted to enter into an agreement with Step One Real Estate to purchase a home located at 180 Johnston Road in Sacramento, California, for approximately $429,000. The purchase of this home was contingent upon Plaintiffs obtaining the necessary financing. Once Plaintiffs had purchased the property at 180 Johnston Road, they were going to rent their current home located in Oakland, California to tenants.

6. On or about March 7, 2007, Plaintiffs were denied financing, and as a result of the denial, were unable to purchase the home located at 180 Johnston Road. They were denied financing because there was an entry on Plaintiff John Allen's credit report that showed a delinquency on a loan that Defendant provided to Plaintiff. ("Hereinafter referred to as "The Loan"). Defendant reported that the delinquency occurred on November, 2006. Plaintiff entered into the loan contract with Defendant for the purchase of his home in Oakland, California.

7. The entry on Plaintiff John Allen's credit report concerning the loan was false. Plaintiff John Allen did not miss any payments on his loan, and was not late on making payments. The loan had been paid in full since August 30, 2006.

8. Plaintiff John Allen contacted Defendant on numerous occasions, by telephone and by letter, in order to resolve the loan dispute. Defendant failed to respond to Plaintiff's numerous communications.

9. Defendant reported to the credit bureau that the loan was delinquent. Defendant made no attempts to resolve the alleged loan delinquency prior to reporting the loan to

2

the credit bureaus. Defendants did not contact Plaintiffs regarding the loan prior to reporting the loan as delinquent to the credit bureaus.

10. On October 9, 2007, several months after Plaintiff John Allen requested that Defendant correct its billing error concerning the loan, Defendant wrote to Plaintiff. In the letter, defendant admitted that the loan was paid in full on August 30, 2006.

11. As a direct result of the adverse information on Plaintiff's credit report that was false, Plaintiff John Allen's credit rating was damaged. Plaintiffs have also been denied lower interest rates on other loans, and have lost rental income for their home in Oakland, California.

## FIRST CAUSE OF ACTION
### (Negligent Interference with prospective economic advantage)

12. Plaintiff refers to and incorporates herein by reference paragraphs 1 through, 11 above.

13. Defendant owed Plaintiffs a duty to accurately monitor and bill the loan. Defendant also had a duty to refrain from reporting the loan as delinquent to the credit bureaus until after it made attempts to resolve the loan with Plaintiff.

14. Defendant breached this duty by incorrectly billing the loan account, erroneously reporting the loan to the credit bureaus as delinquent, failing to correct the billing error, and by reporting the loan to credit bureaus before attempting to resolve the loan with Plaintiff.

15. As a direct and proximate result of Defendant's negligence, Plaintiffs were damaged in an amount according to proof at trial.

WHEREFORE, Plaintiffs request relief as hereinafter provided.

## SECOND CAUSE OF ACTION
### (Violation of the Fair Credit Billing Act)

16. Plaintiffs refer to and incorporates herein by reference paragraphs 1 through 15, above.

3

17. Defendant violated the provisions of 15 U.S.C. §1666(a)(B)(ii) and Title 12, §226.13 of the Code of Federal Regulations in connection with the loan in that Defendant failed to timely respond to Plaintiff's inquiries to Defendant in efforts to resolve the billing error. Defendants also erroneously reported the loan as delinquent, to the credit bureaus before attempting to resolve any purported loan delinquencies with Plaintiff.

18. As a result of the above mentioned violations of 15 U.S.C. §1666(a)(B)(ii) and Title 12, §226.13 of the Code of Federal Regulations by Defendant, Plaintiffs are entitled to recover from Defendant, the actual damages that Plaintiffs sustained pursuant to 15 U.S.C. §1640(a)(1).

19. Under 15 U.S.C. §1640(a)(3), Plaintiffs are entitled to recover reasonable attorney's fees and costs incurred in bringing this action in an amount to be determined by the court.

WHEREFORE, Plaintiffs request relief as hereinafter provided

**PRAYER**

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1. For actual damages, to be determined by the court;
2. For consequential damages;
3. For reasonable attorney's fees;
4. For costs of suit herein incurred; and
5. For any and all other relief that is just and proper.

Dated: February 28, 2008                    RIDGELL & LAWLOR LLP

By: _____
Shawn Ridgell
Attorney for Plaintiffs

4

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 9970 Research Drive, Irvine, California 92618.

On March 28, 2008, I served the following document described as:

**NOTICE OF REMOVAL OF ACTION BASED UPON FEDERAL QUESTION [28 U.S.C. § 1441(a)]**

On the following interested parties in this action:

Shawn Ridgell
RIDGELL & LAWLOR LLP
2128 Broadway
Oakland, CA 94612
(510) 986-1300

[X]   VIA MAIL -- By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on March 28, 2008, at Irvine, California.

_____
Sherie L. Cleeré

---

NOTICE OF REMOVAL
4

I:\CIVIL\HOMEQ\Allen (43730)\pldgs\notice removal.doc

%JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
JOHN ALLEN, LAWRENCE HOLLIDAY

### DEFENDANTS
HOMEQ SERVICING INC.

(b) County of Residence of First Listed Plaintiff  Alameda
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Sacramento
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Shawn Ridgell                           (510) 986-1300
RIDGELL & LAWLOR LLP
2128 Broadway
Oakland, CA 94612

Attorneys (If Known)

Eric Houser/Jeffrey S. Allison          (949) 679-111
HOUSER & ALLISON, APC
9970 Research Drive
Irvine, CA 92618

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability |  | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other |  | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability |  |  | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise |  |  | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
|  |  |  | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 791 Empl. Ret. Inc. Security Act |  | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 442 Employment | Habeas Corpus: |  | FEDERAL TAX SUITS | [ ] 894 Energy Allocation Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | IMMIGRATION | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application |  | [ ] 950 Constitutionality of State Statutes |
| [x] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 463 Habeas Corpus – Alien Detainee |  |  |
|  | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1441(a)

Brief description of cause:
Federal Fair Credit Billing Act

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
[x] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE
March 28, 2008

SIGNATURE OF ATTORNEY OF RECORD