1  Eric D. Houser (SBN 130079)
   Jeffrey S. Allison (SBN 173620)
2  J. Owen Campbell (SBN 229976)
   HOUSER & ALLISON
3  A Professional Corporation
   9970 Research Drive
4  Irvine, California 92618
   Telephone: (949) 679-1111
5  Facsimile: (949) 679-1112
   sclere@houser-law.com
6
   Attorneys for Defendant,
7  BARCLAYS CAPITAL REAL ESTATE, INC.
   dba HOMEQ SERVICING,
8  erroneously sued herein as HOMEQ SERVICING INC.



9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13  JOHN ALLEN, LAWRENCE              ) Case No.: C08-01698
14  HOLLIDAY,                         )
                                      ) CERTIFICATION OF
15              Plaintiffs,           ) INTERESTED ENTITIES OR
                                      ) PERSONS
16  v.                                )
                                      ) [L.R. 3-16]
17                                    )
    HOMEQ SERVICING INC.,             )
18                                    )
                Defendants.           )
19  ─────────────────────────

20      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following

21  listed persons, associations of persons, firms, partnerships, corporations (including
22
23  parent corporations) or other entities (i) have a financial interest in the subject

24  matter in controversy or in a party to the proceeding, or (ii) have a non-financial
25
    interest in that subject matter or in a party that could be substantially affected by
26
27  the outcome of this proceeding:

28

---

NOTICE OF REMOVAL
1
I:\CIVIL\HOMEQ\Allen (43730)\pldgs\notice removal (interested parties).doc

1. Barclays Capital Real Estate Inc. – Defendant

2. Barclays Capital Real Estate Holdings Inc. – Affiliate

3. Barclays PLC – Parent Company

DATED: March 28, 2008

HOUSER & ALLISON
A Professional Corporation

By: _____
Eric D. Houser
Jeffrey S. Allison
J. Owen Campbell
Attorneys for Defendant
BARCLAYS CAPITAL REAL ESTATE, INC.
dba HOMEQ SERVICING, erroneously sued herein as HOMEQ SERVICING INC.

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 9970 Research Drive, Irvine, California 92618.

On March 28, 2008, I served the following document described as:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

On the following interested parties in this action:

Shawn Ridgell
RIDGELL & LAWLOR LLP
2128 Broadway
Oakland, CA 94612
(510) 986-1300

[X]   VIA MAIL -- By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on March 28, 2008, at Irvine, California.

Sherie L. Cleeré

---

NOTICE OF REMOVAL
3
I:\CIVIL\HOMEQ\Allen (43730)\pldgs\notice removal (interested parties).doc