Eric D. Houser (SBN 130079)
Jeffrey S. Allison (SBN 173620)
J. Owen Campbell (SBN 229976)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
sclere@houser-law.com

Attorneys for Defendant,
BARCLAYS CAPITAL REAL ESTATE, INC.
dba HOMEQ SERVICING,
erroneously sued herein as HOMEQ SERVICING INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JOHN ALLEN, LAWRENCE HOLLIDAY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HOMEQ SERVICING INC.,<br><br>　　　　　Defendants. | Case No.: C08-01698<br><br>HON. EDWARD M. CHEN<br><br>**CERTIFICATE OF SERVICE** |

---

CERTIFICATE OF SERVICE
1

I:\CIVIL\HOMEQ\Allen (43730)\pldgs\COS.doc

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 9970 Research Drive, Irvine, California 92618.

On April 2, 2008, I served the following document described as:

1.   NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

2.   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

3.   ECF REGISTRATION INFORMATION HANDOUT

4.   U.S. DISTRICT COURT'S FILING GUIDELINES

On the following interested parties in this action:

Shawn Ridgell
RIDGELL & LAWLOR LLP
2128 Broadway
Oakland, CA 94612
(510) 986-1300

[X]   VIA MAIL -- By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on April 2, 2008, at Irvine, California.

Sherie L. Cleeré

---

CERTIFICATE OF SERVICE
2

I:\CIVIL\HOMEQ\Allen (43730)\pldgs\COS.doc