1  Shawn Ridgell (State Bar No. 201179)
   RIDGELL & LAWLOR LLP
2  2128 Broadway
   Oakland, Ca 94612
3  (510) 986-1300

4  Attorneys for Plaintiff JOHN ALLEN

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 JOHN ALLEN                    )    **ACTION NO:   C-08-1698 MMC**
                                 )
12                               )    **PROOF OF SERVICE**
         Plaintiff,              )
13                               )
              v.                 )
14                               )
   HOMEQ SERVICING INC.,         )
15 DOES 1 TO 50,                 )
                                 )
16       Defendant.              )
                                 )
17                               )
                                 )
18 _____ )

PROOF OF SERVICE BY MAIL

I declare that:

I am employed in the County of Alameda, State of California. I am over 18 years of age and not a party to the within action. My business address is 2128 Broadway, Oakland, California 94612.

On the date signed hereunder, I served the within **Plaintiff's memorandum of points and authorities in opposition to defendant's motion to dismiss complaint,** by placing a true copy thereof, enclosed in a sealed envelope, with first class postage fully prepaid thereon, in the United States Mail at Oakland, California, addressed as follows:

> J. Owen Campbell, Esq.
> Houser & Allison
> 9970 Research Drive
> Irvine, CA 92618

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on May 2, 2008 at Oakland, California.

/s/
Shawn Ridgell