1   Shawn Ridgell (State Bar No. 201179)
    RIDGELL & LAWLOR LLP
2   2128 Broadway
    Oakland, Ca 94612
3   (510) 986-1300

4   Attorneys for Plaintiff JOHN ALLEN

5

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  JOHN ALLEN                    )       **ACTION NO:   C-08-1698 MMC**
                                  )
12            Plaintiff,          )       **STIPULATION TO CONTINUE THE**
                                  )       **CASE MANAGEMENT CONFERENCE**;
13                                )       **ORDER**
              v.                  )
14                                )
    HOMEQ SERVICING INC.,         )
15  DOES 1 TO 50,                 )
                                  )
16            Defendant.          )
                                  )
17                                )
                                  )
18  _____ )

19          The undersigned stipulate that the previously scheduled case management

20  conference of July 11, 2008 at 10:30 a.m. in Courtroom No. 7 should be continued to

21  July 25, 2008 at 10:30 a.m. in Courtroom No. 7.

22

23  Dated: May 1, 2008                    RIDGELL & LAWLOR LLP

24

25

26                                        By:_____
                                             Shawn Ridgell
27                                           Attorneys for Plaintiff
                                             JOHN ALLEN

28

1    Dated:                                    HOUSER & ALLISON, APC

2

3

4                                              By:_____
                                                  Jeffrey S. Allison
5                                                 Attorneys for Defendant
                                                  BARCLAYS CAPITAL
6                                                 REAL ESTATE, INC.

7         IT IS ORDERED, that the case management conference originally scheduled

8    for June 11, 2008 at 10:30 a.m. in Courtroom No. 7 is continued to July 25, 2008 at

9    10:30 a.m. in Courtroom No. 7.

10

11   Dated:

12                                             _____
                                               Hon. Maxine M. Chesney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3