1  Shawn Ridgell (State Bar No. 201179)
   RIDGELL & LAWLOR LLP
2  2128 Broadway
   Oakland, Ca 94612
3  (510) 986-1300

4  Attorneys for Plaintiff JOHN ALLEN

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 JOHN ALLEN                    )   ACTION NO:   C-08-1698 MMC
                                 )
12                               )   **STIPULATION TO CONTINUE THE**
         Plaintiff,              )   **CASE MANAGEMENT CONFERENCE;**
13                               )   **ORDER**
         v.                      )
14                               )
   HOMEQ SERVICING INC.,         )
15 DOES 1 TO 50,                 )
                                 )
16       Defendant.              )
                                 )
17                               )
                                 )
18 _____  )

19      The undersigned stipulate that the previously scheduled case management

20 conference of July 11, 2008 at 10:30 a.m. in Courtroom No. 7 should be continued to

21 July 25, 2008 at 10:30 a.m. in Courtroom No. 7.

23 Dated: May 1, 2008                          RIDGELL & LAWLOR LLP

26                                    By:_____/s/_____
                                           Shawn Ridgell
27                                         Attorneys for Plaintiff
                                           JOHN ALLEN

1 | Dated: May 8, 2008                                    HOUSER & ALLISON, APC

By: ___/s/_____
   Jeffrey S. Allison
   Attorneys for Defendant
   BARCLAYS CAPITAL
   REAL ESTATE, INC.

   IT IS ORDERED, that the case management conference originally scheduled for ~~June~~ July 11, 2008 at 10:30 a.m. in Courtroom No. 7 is continued to July 25, 2008 at 10:30 a.m. in Courtroom No. 7.  A Joint Case Management Statement shall be filed no later than July 18, 2008.

Dated: May 27, 2008

_____
Hon. Maxine M. Chesney

2