1  Shawn Ridgell (State Bar No. 201179)
   RIDGELL & LAWLOR LLP
2  2128 Broadway
   Oakland, Ca 94612
3  (510) 986-1300

4  Attorneys for Plaintiff JOHN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN ) | ACTION NO:   C-08-1698 MMC |
| ) | |
| ) | **STIPULATION TO CONTINUE THE** |
| Plaintiff, ) | **CASE MANAGEMENT CONFERENCE;** |
| ) | **ORDER** |
| v. ) | |
| ) | |
| HOMEQ SERVICING INC., ) | |
| DOES 1 TO 50, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

The undersigned stipulate that the previously scheduled case management conference of July 11, 2008 at 10:30 a.m. in Courtroom No. 7 should be continued to July 25, 2008 at 10:30 a.m. in Courtroom No. 7.

Dated: May 1, 2008                                        RIDGELL & LAWLOR LLP


                                                          By:_____/s/_____
                                                              Shawn Ridgell
                                                              Attorneys for Plaintiff
                                                              JOHN ALLEN

```
 1 │ Dated:  May 8, 2008                          HOUSER & ALLISON, APC
 2 │
 3 │
 4 │                                              By:_____/s/_____
   │                                                   Jeffrey S. Allison
 5 │                                                   Attorneys for Defendant
   │                                                   BARCLAYS CAPITAL
 6 │                                                   REAL ESTATE, INC.
 7 │      IT IS ORDERED, that the case management conference originally scheduled
   │           July
 8 │ for June 11, 2008 at 10:30 a.m. in Courtroom No. 7 is continued to July 25, 2008 at
 9 │ 10:30 a.m. in Courtroom No. 7.    A Joint Case Management Statement shall be filed no later
   │ than July 18, 2008.
10 │
11 │ Dated:  May 27, 2008
12 │                                              _____
   │                                              Hon. Maxine M. Chesney
```