1  Shawn Ridgell (State Bar No. 201179)
   RIDGELL & LAWLOR LLP
2  2128 Broadway
   Oakland, Ca 94612
3  (510) 986-1300

4  Attorneys for Plaintiff JOHN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN ALLEN | ) | ACTION NO: C-08-1698 MMC |
|---|---|---|
|  | ) |  |
|  | ) | **DEMAND FOR JURY TRIAL** |
| Plaintiff, | ) | **[FRCP 38]** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| HOMEQ SERVICING INC., | ) |  |
| DOES 1 TO 50, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff JOHN ALLEN demands a trial by jury pursuant to the Federal Rules of Civil Procedure 38.

Dated: June 3, 2008                                RIDGELL & LAWLOR LLP


                                                   By:_____
                                                       Shawn Ridgell
                                                       Attorneys for Plaintiff
                                                       JOHN ALLEN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28