1  Shawn Ridgell (State Bar No. 201179)
   RIDGELL & LAWLOR LLP
2  2128 Broadway
   Oakland, Ca 94612
3  (510) 986-1300

4  Attorneys for Plaintiff JOHN ALLEN

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 JOHN ALLEN                )    ACTION NO:   C-08-1698 MMC
                             )
12                           )    **NOTICE OF UNAVAILABILITY**
        Plaintiff,           )    **OF COUNSEL**
13                           )
           v.                )
14                           )
   HOMEQ SERVICING INC.,     )
15 DOES 1 TO 50,             )
                             )
16      Defendant.           )
                             )
17                           )
                             )
18 _____ )

19      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20      NOTICE IS HEREBY GIVEN that beginning June 16, 2008 through July 10,

21 2008, Shawn Ridgell, Esq. of RIDGELL & LAWLOR LLP, will be unavailable for

22 any purpose whatsoever, including, but not limited to, receiving notices of any kind,

23 responding to ex parte applications, appearing in court, attending depositions, law and

24 motion hearings, and/or hearings of any other nature.

25 / / / / /

26 / / / / /

27 / / / / /

28 / / / / /

| | | |
|---|---|---|
| 1 | Dated: June 3, 2008 | RIDGELL & LAWLOR LLP |
| 2 | | |
| 3 | | |
| 4 | | By:_____ |
| | | Shawn Ridgell |
| | | Attorneys for Plaintiff |
| 5 | | JOHN ALLEN |