1 | Shawn Ridgell (State Bar No. 201179)
  | RIDGELL & LAWLOR LLP
2 | 2128 Broadway
  | Oakland, Ca 94612
3 | (510) 986-1300

4 | Attorneys for Plaintiff JOHN ALLEN

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

11 | JOHN ALLEN ) **ACTION NO:   C-08-1698 MMC**
12 | ) **PROOF OF SERVICE**
   | Plaintiff, )
13 | )
   | v. )
14 | )
   | HOMEQ SERVICING INC., )
15 | DOES 1 TO 50, )
   | )
16 | Defendant. )

PROOF OF SERVICE BY MAIL

I declare that:

I am employed in the County of Alameda, State of California. I am over 18 years of age and not a party to the within action. My business address is 2128 Broadway, Oakland, California 94612.

On the date signed hereunder, I served the within **Second amended complaint for damages for negligent interference with prospective economic advantage, violation of the unfair competition act, [Cal. Bus. & Prof. Code §17200], and willful misconduct** by placing a true copy thereof, enclosed in a sealed envelope, with first class postage fully prepaid thereon, in the United States Mail at Oakland, California, addressed as follows:

J. Owen Campbell, Esq.
Houser & Allison
9970 Research Drive
Irvine, CA 92618

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on July 17, 2008 at Oakland, California.

Shawn Ridgell