**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————
www.cand.uscourts.gov

Richard W. Wieking                                                                  General Court Number
Clerk                                                                                      415.522.2000

July 24, 2008

Alameda County Superior Court
1225 Fallon Street, Room 105
Oakland, CA 94612

RE:  CV 08-01698 MMC    JOHN ALLEN-v-HOMEQ SERVICING INC.
       Your Case Number: (RG08373829)

Dear Clerk,

        Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

                    (✔)        Certified copies of docket entries

                    (✔)        Certified copies of Remand Order

                    (  )        Other

        Please acknowledge receipt of the above documents on the attached copy of this letter.


                                Sincerely,

                                RICHARD W. WIEKING, Clerk


                                by:  Sheila Rash
                                Case Systems Administrator


Enclosures
Copies to counsel of record


NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg