ENDORSED
FILED
ALAMEDA COUNTY

JUL 3 1 2008

CLERK OF THE SUPERIOR COURT
By ___CHERYL CLARK___
                        Deputy

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 24, 2008

Alameda County Superior Court
1225 Fallon Street, Room 105
Oakland, CA 94612

RE:  CV 08-01698 MMC    JOHN ALLEN-v-HOMEQ SERVICING INC.
     Your Case Number: (RG08373829)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- (✔) Certified copies of docket entries
- (✔) Certified copies of Remand Order
- ( ) Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg