1  Shawn Ridgell (State Bar No. 201179)
   RIDGELL & LAWLOR LLP
2  2128 Broadway
   Oakland, Ca 94612
3  (510) 986-1300

4  Attorneys for Plaintiff JOHN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN ALLEN, | ) | ACTION NO: C-08-1698 MMC |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | NOTICE OF UNAVAILABILITY OF COUNSEL |
| v. | ) |  |
| HOMEQ SERVICING INC., DOES 1 TO 50, | ) |  |
| Defendant. | ) |  |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that beginning August 28, 2008 through September 16, 2008, Shawn Ridgell, Esq. of RIDGELL & LAWLOR LLP, will be unavailable for any purpose whatsoever, including, but not limited to, receiving notices of any kind, responding to ex parte applications, appearing in court, attending depositions, law and motion hearings, and/or hearings of any other nature.

/ / / / /
/ / / / /
/ / / / /
/ / / / /

| | | |
|---|---|---|
| 1 | Dated: August 25, 2008 | RIDGELL & LAWLOR LLP |
| 2 | | |
| 3 | | |
| 4 | | By:_____/s/_____<br>　　　　Shawn Ridgell<br>　　　　Attorneys for Plaintiff |
| 5 | | 　　　　JOHN ALLEN |